IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CONSTANCE MOSS,**

    Plaintiff,

v.                Civil Action No. 3:17-cv-00312-JAG

**MANUFACTURERS AND TRADERS TRUST COMPANY D/B/A M&T BANK,** *et al.*

    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BY PLAINTIFF AND DEFENDANTS ALG TRUSTEE, LLC AND ORLANS, P.C.

Plaintiff, Constance Moss, and Defendants, ALG Trustee, LLC and Orlans, P.C. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against ALG Trustee, LLC and Orlans, P.C. should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

            Respectfully submitted,

            **CONSTANCE MOSS**

            By /s/ Drew D. Sarrett
              Counsel

Drew D. Sarrett (VSB No. 81658)
The Sarrett Law Firm, PLLC
513 Forest Avenue, Suite 205
Richmond, Virginia 23229
Phone: (804) 303-1951
Fax: (804) 250-6005
E-mail: drew@sarrettlawfirm.com
*Counsel for Constance Moss*

Respectfully submitted,

**ALG TRUSTEE, LLC
ORLANS, P.C.,**

By    /s/ Kristin A. Zech
             Counsel

Amy S. Owen (VSB No. 27692)
Kristin A. Zech (VSB No. 68826)
BrigliaHundley, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
Phone: 703-883-0880
Fax: 703-883-0899
E-mail: aowen@brigliahundley.com
E-mail: kzech@brigliahundley.com
*Counsel for ALG Trustee, LLC and Orlans, P.C.*

## CERTIFICATE OF SERVICE

I, Drew D. Sarrett, counsel for Constance Moss, certify that on June 1, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send Notice of Electronic Filing to all counsel of record in this case.

      /s/ Drew D. Sarrett
      Drew D. Sarrett