IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CONSTANCE MOSS,**

    Plaintiff,

v.                                                       Civil Action No. 3:17-cv-00312-JAG

**MANUFACTURERS AND TRADERS TRUST
COMPANY D/B/A M&T BANK,** *et al.*

    Defendants.

## ORDER

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff, CONSTANCE MOSS, against Defendants ALG TRUSTEE, LLC and ORLANS, P.C. are hereby DISMISSED, WITH PREJUDICE, with each party to bear its own costs.

THIS CASE IS ENDED.

IT IS SO ORDERED.

Dated: June 6, 2018

/s/ _____
John A. Gibney, Jr.
~~United States District Judge~~
Hon. John A. Gibney, Jr.
UNITED STATES DISTRICT JUDGE